# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| THELMA A. WATKINS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:18-cv-02289-SHL-dkv |
| TIPTON COUNTY SHERIFF OFFICE, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT TIPTON COUNTY SHERIFF OFFICE'S MOTION TO DISMISS

Before the Court is Magistrate Judge Diane K. Vescovo's ("Magistrate Judge") Report and Recommendation ("Report") (ECF No. 22), filed September 25, 2018, recommending that the Court grant Defendant Tipton County Sheriff's Office's ("TCSO") Motion to Dismiss. (ECF No. 18.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff Thelma A. Watkins has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and hereby **GRANTS** TCSO's Motion to Dismiss. The Clerk is instructed to terminate TCSO as a defendant, and,

going forward, the case shall be styled, THELMA A. WATKINS, Plaintiff, v. KEITH SAEMENES, in his individual capacity, Defendant.

**IT IS SO ORDERED,** this 10th day of October, 2018.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
UNITED STATES DISTRICT JUDGE