# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| THELMA A. WATKINS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:18-cv-02289-SHL-dkv |
| OFFICER SAEMENES, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT OFFICER SAEMENES' MOTION FOR SUMMARY JUDGMENT

Before the Court is Magistrate Judge Diane K. Vescovo's ("Magistrate Judge") Report and Recommendation ("Report") (ECF No. 63), filed February 8, 2019, recommending that the Court grant Defendant Officer Saemenes' Motion for Summary Judgment. (ECF No. 52.)

A magistrate judge may submit to a judge of the court proposed findings of fact, proposed conclusions of law and recommendations for summary judgment. 28 U.S.C. § 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff Thelma A. Watkins has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and hereby **GRANTS** Defendant Saemenes' Motion for Summary Judgment.

**IT IS SO ORDERED,** this 5th day of March, 2019.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              UNITED STATES DISTRICT JUDGE